UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20975-CIV-SEITZ/SIMONTON

LUIS SOLORZANO and all others similarly
situated under 29 USC §216(b)

    Plaintiffs,

vs.

M.I. QUALITY LAWN MAINTENANCE, INC.,
MITCHELL'S LAWN MAINTENANCE CORP.,
and MITCHELL IGELKO

    Defendants,

and

INTERCONTINENTAL BANK,

    Garnishee.
_____/

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Maxine M. Long, Esq., and Shutts & Bowen LLP, hereby enter their appearance as counsel for Garnishee INTERCONTINENTAL BANK in this proceeding. All parties are requested to take notice of the appearance in this proceeding and serve all copies of any and all motions, pleadings, reports, and/or documents of any kind or nature filed in this proceeding upon the undersigned counsel.

Respectfully submitted,

**SHUTTS & BOWEN LLP**
Attorneys for Garnishee
Suite 1500, Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-358-6300
Facsimile: 305-347-7832

*/s/ Maxine M. Long*
Maxine M. Long, Esq.
Florida Bar No. 286842
*mlong@shutts.com*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some manner authorized for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

*/s/ Maxine M. Long*
Of Counsel

**SERVICE LIST**

J.H. Zidell, Esq., P.A.
300 71st Street, #605
Miami Beach, Florida 33141