# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

Case NO.: 10-20975-CIV-SEITZ/SIMONTON

**CONSENT CASE**

| | |
|---|---|
| LUIS SOLORZANO | ) |
| Plaintiff, | ) |
| v. | ) |
| M.I. QUALITY LAWN MAINTENANCE, INC., et al. | ) |
| Defendants, | ) |
| and | ) |
| INTERCONTINENTAL BANK | ) |
| _____ | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Mitchell Igelko's Claim of Exemption Against Garnishment of Wages, Money, and Other Property and Request for Hearing and the Notice of Filing same were served this 21st day of May, 2013, upon Jaime H. Zidell, Esq., via CM/ECF to zabogado@aol.com, hand delivery to Garnishee Intercontinental Bank, c/o Ricardo Vasquez, 5722 SW 8th St., West Miami, FL 33144, and via e-mail to Geoffrey Randall at grandall@shutts.com.

By: /s/ Daniel A. Espinosa
Daniel A. Espinosa, Esq.

ESPINOSA | JOMARRON
TRIAL LAWYERS